IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAHID RAHMAN,

    Plaintiff,

  v.                                                                              Case No.  19-cv-501-jdp

ANDREW M. SAUL,
Commissioner of Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Shahid Rahman dismissing this case.

| s/Vivian Olmo, Deputy Clerk | 10/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |